UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ARMANDO E. HERRERA,

    Plaintiff,

vs.

DOCTOR RISENHOOVER, FNP,

    Defendant.

No. C 12-1758 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights action filed pro se by a state prisoner. On May 23, 2012, the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had failed to provide a completed page five of the application, the "Certificate of Funds in Inmate Account." Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: July 23, 2012.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.12\HERRERA1758.DSM.wpd